UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————
ARTURO STEVEZ, *on behalf of himself and all other persons similarly situated*,
                              Plaintiff,

                      -v-

WILMINGTON UNIVERSITY, INC.,
                              Defendant.
———————————————————————

21-CV-9075 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five days.

    All filing deadlines and conference dates are adjourned *sine die*.

    SO ORDERED.

Dated: December 15, 2021
       New York, New York

                                                       J. PAUL OETKEN
                                                 United States District Judge